AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

John James Andreaccio

              Plaintiffs,

v.

Nye County

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00635-CDS-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant, Nye County, and against Plaintiff, John James Andreaccio. Case dismissed without prejudice.

07/25/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Zamora  
Deputy Clerk